UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

DARIUS JOHNSON,

        Plaintiff,

    -against-

1215 CT LLC,

        Defendant.

---

Case No.: 1:19-cv-2258

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, DARIUS JOHNSON, are hereby dismissed without prejudice, in their entirety, as against Defendant, 1215 CT LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: August 21, 2019
       New York, New York

                                         C.K. Lee, Esq.
                                         Lee Litigation Group, PLLC
                                         148 West 24th Street, Eighth Floor
                                         New York, NY 10011
                                         Phone: (212) 465-1188

SO ORDERED:

---

U.S.D.J.